ORIGINAL

DONALD F. ZIMMER, JR. (State Bar No. 112279)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION

FILED
07 NOV 20 PM 2: 57

BZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGE FISHER,<br><br>           Plaintiff,<br><br>     v.<br><br>SMITHKLINE BEECHAM<br>CORPORATION dba<br>GLAXOSMITHKLINE and McKESSON<br>CORPORATION,<br><br>           Defendants. | Case No. 07 5889<br><br>**DISCLOSURE STATEMENT OF SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE**<br>**[F.R.C.P. 7.1]** |

The undersigned, counsel of record for Defendant, SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE, furnishes the following in compliance with Federal Rule of Civil Procedure 7.1.

GlaxoSmithKline plc, a publicly traded company, is the ultimate parent corporation, through several levels of wholly owned subsidiaries, of defendant, SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE. No publicly held company owns ten percent or more of the stock of GlaxoSmithKline plc.

| | |
|---|---|
| 1  Dated: November 20, 2007 | DRINKER BIDDLE & REATH LLP |
| 2 | |
| 3 | /s/ Krista L. Cosner |
|   | KRISTA L. COSNER |
| 4 | Attorneys for Defendants |
| 5 | SMITHKLINE BEECHAM CORPORATION dba |
| 6 | GLAXOSMITHKLINE and McKESSON CORPORATION |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

2

SF1\391748\1   DISCLOSURE STATEMENT OF GLAXOSMITHKLINE   CASE NO.