ORIGINAL

FILED

17 NOV 20 PM 2:56

CHARE
U.S. DISTRICT
COURT
SF CA

1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
   KRISTA L. COSNER (State Bar No. 213338)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION dba
6  GLAXOSMITHKLINE and McKESSON
   CORPORATION
7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

**BZ**

11

12  GEORGE FISHER,                    Case No.

13              Plaintiff,            **DEFENDANTS' CERTIFICATION OF
                                      INTERESTED ENTITIES OR
                                      PERSONS**
14      v.                            **[CIV. L.R. 3-16]**

15  SMITHKLINE BEECHAM
    CORPORATION dba
16  GLAXOSMITHKLINE and McKESSON
    CORPORATION,
17              Defendants.

18

19

20       Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed

21  persons, associations of persons, firms, partnerships, corporations (including parent

22  corporations) or other entities (i) have a financial interest in the subject matter in

23  controversy or in a party to the proceeding, or (ii) have a non-financial interest in that

24  subject matter or in a party that could be substantially affected by the outcome of this

25  proceeding:

26       Defendant, SMITHKLINE BEECHAM CORPORATION d/b/a

27  GLAXOSMITHKLINE is a wholly owned subsidiary of GlaxoSmithKline plc, the

28  ultimate parent corporation.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\391749\1    GLAXOSMITHKLINE'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS    CASE NO.

1    Defendant McKESSON CORPORATION knows of no such interest other than

2    that of the named parties.

3

4    Dated: November *20*, 2007                    DRINKER BIDDLE & REATH LLP

5                                                  KRISTA L. COSNER

6

7                                                  Attorneys for Defendants
                                                   SMITHKLINE BEECHAM
8                                                  CORPORATION dba
                                                   GLAXOSMITHKLINE and McKESSON
9                                                  CORPORATION

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

2

GLAXOSMITHKLINE'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS                    CASE NO.