DAVID C. ANDERSEN (State Bar No. 194095)
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055
Email: dandersen@doctoratlaw.com

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GEORGE FISHER | Case No. 3:07-cv-05889 |
| Plaintiff, | DECLARATION OF DAVID C. ANDERSEN IN SUPPORT OF PLAINTIFFS' MOTION FOR REMAND AND SUPPORTING MEMORANDUM |
| v. | |
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and MCKESSON CORPORATION | |
| Defendants | |

I, DAVID C. ANDERSEN, declare:

1. I am an attorney admitted to practice before all courts of the State of California and am an Associate with The Miller Firm, LLC, attorneys for Plaintiffs in this action. I make this Declaration based on my personal knowledge, in support of Plaintiff's Motion and Memorandum in Opposition

1 to Defendants' Motion to Stay.  I would and could competently testify to the matters stated in this

2 Declaration if called as a witness.

3     I declare under penalty of perjury under the laws of the United States of America that the

4 foregoing is true and correct.  Executed on this 12th day of December, 2007, in Orange, Virginia.

8 Dated: December 12, 2007        Respectfully submitted,

11         _____/s/_____
12         David C. Andersen (Bar No. 194095)
13         THE MILLER FIRM, LLC
14         Attorneys for Plaintiff
15         108 Railroad Avenue
16         Orange, VA 22960
17         Phone: (540) 672-4224
18         Fax: (540) 672-3055
19         Email:dandersen@doctoratlaw.com