**FILED**
DEC 2 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

George Fisher

                Plaintiff(s),
    v.

SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson Corporation

                Defendant(s).

CASE NO. 07-cv-05889

(~~Proposed~~)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Michael J. Miller, an active member in good standing of the bar of D.C., MD, Supreme Courts of PA, and VA whose business address and telephone number (particular court to which applicant is admitted) is

The Miller Firm, LLC, 108 Railroad Avenue, Orange, VA 22960. Tele.: 540-672-4224

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12/28/2007

_____
United States District Judge