1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
   KRISTA L. COSNER (State Bar No. 213338)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION dba
6  GLAXOSMITHKLINE and McKESSON
   CORPORATION
7

8                       UNITED STATES DISTRICT COURT
9                      NORTHERN DISTRICT OF CALIFORNIA
10                          SAN FRANCISCO DIVISION
11

12  GEORGE FISHER,                    Case No. CV-07-5889 MHP

13         Plaintiff,                 **NOTICE OF VACATED HEARING**

14     v.

15  SMITHKLINE BEECHAM
    CORPORATION dba
16  GLAXOSMITHKLINE and McKESSON
    CORPORATION,
17
           Defendants.
18

19

20  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

21      PLEASE TAKE NOTICE THAT, the hearing originally scheduled for January 14,

22  2008 at 2:00 p.m. has been vacated by the Court.

23      On January 8, 2008, the Court's clerk called and informed the undersigned defense

24  counsel and requested that all parties be notified that the above-mentioned hearing is

25  ///

26  ///

27  ///

28  ///

1 | vacated due to the Court's determination that the matters are appropriate for resolution
2 | without oral argument.  *See* Civil Local Rule 7-1(b).

Dated: January 9, 2008                                            DRINKER BIDDLE & REATH LLP

/S/
_____
DONALD F. ZIMMER, JR.

Attorneys for Defendants
SMITHKLINE BEECHAM
CORPORATION d/b/a
GLAXOSMITHKLINE and McKESSON
CORPORATION