DONALD F. ZIMMER, JR. (State Bar No. 112279)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE and McKESSON
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOROTHY BONE,<br><br>    Plaintiff,<br><br>    v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION,<br><br>    Defendants.<br><br>***And Related Actions As Listed*** | Case Nos:<br>CV-07-5886 MHP<br>CV-07-5887 MHP<br>CV-07-5888 MHP<br>CV-07-5889 MHP<br>CV-07-5890 MHP<br>CV-07-5891 MHP<br>CV-07-6328 MHP<br>CV-07-6050 MHP<br><br>**STIPULATION AND [PROPOSED} ORDER TO STAY ALL PROCEEDINGS** |

THIS DOCUMENT RELATES TO THE FOLLOWING CASES:

*Bone, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson Corporation;* Case No. CV-07-5886 MHP.

*Bowles, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson Corporation;* Case No. CV-07-6328 MHP

*Hall v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson Corporation;* Case No. CV-07-5887 MHP.

*Hefner, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*

1 | *McKesson Corporation;* Case No. CV-07-6050 MHP
2 |     *Jefferson v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*
3 | *McKesson Corporation;* Case No. CV-07-5888 MHP.
4 |     *Fisher v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson*
5 | *Corporation;* Case No. CV-07-5889 MHP.
6 |     *Thornton v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*
7 | *McKesson Corporation;* Case No. CV-07-5890 MHP.
8 |     *Upshaw v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*
9 | *McKesson Corporation;* Case No. CV-07-5891 MHP

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that there will be a stay of: (a) all pretrial activity in these cases, including any remand motions; (b) the period for initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure; and (c) all other discovery and pretrial deadlines, pending transfer of these cases by the Judicial Panel on Multidistrict Litigation, pursuant to 28 U.S.C. § 1407(a), to *In re Avandia Products Liability Litigation*, MDL No. 1871, before the Honorable Cynthia M. Rufe in the United States District Court for the Eastern District of Pennsylvania.

IT IS SO STIPULATED:

/S/ David C. Anderson
David C. Andersen (Bar No. 194095)
Kristina M. Gigstad
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960

Counsel for Plaintiffs

/S/ Krista L. Cosner
Donald F. Zimmer, Jr. (Bar No. 112279)
Krista L. Cosner (Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235

Sean P. Fahey (Pa. Bar No. 73305)
PEPPER HAMILTON, LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

Counsel for Defendant
SmithKline Beecham Corporation
d/b/a GlaxoSmithKline

Pursuant to stipulation, IT IS SO ORDERED:

Dated: January __, 2008

Hon. Marilyn H. Patel
United States District Court, Northern District of California