1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
   KRISTA L. COSNER (State Bar No. 213338)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California  94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION d/b/a
6  GLAXOSMITHKLINE and McKESSON
   CORPORATION
7

8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION

| DOROTHY BONE, | Case Nos: |
|---|---|
| Plaintiff, | CV-07-5886 MHP |
|  | CV-07-5887 MHP |
|  | CV-07-5888 MHP |
| v. | CV-07-5889 MHP |
|  | CV-07-5890 MHP |
| SMITHKLINE BEECHAM CORPORATION d/b/a | CV-07-5891 MHP |
| GLAXOSMITHKLINE and McKESSON CORPORATION, | CV-07-6328 MHP |
|  | CV-07-6050 MHP |
| Defendants. | **STIPULATION AND [PROPOSED] ORDER TO STAY ALL PROCEEDINGS** |
| *And Related Actions As Listed* | |

21  THIS DOCUMENT RELATES TO THE FOLLOWING CASES:

22       *Bone, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*
23  *McKesson Corporation;* Case No. CV-07-5886 MHP.

24       *Bowles, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*
25  *McKesson Corporation;* Case No. CV-07-6328 MHP

26       *Hall v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson*
27  *Corporation;* Case No. CV-07-5887 MHP.

28       *Hefner, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*

1   *McKesson Corporation;* Case No. CV-07-6050 MHP
2       *Jefferson v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*
3   *McKesson Corporation;* Case No. CV-07-5888 MHP.
4       *Fisher v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson*
5   *Corporation;* Case No. CV-07-5889 MHP.
6       *Thornton v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*
7   *McKesson Corporation;* Case No. CV-07-5890 MHP.
8       *Upshaw v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*
9   *McKesson Corporation;* Case No. CV-07-5891 MHP

1   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,
2  that there will be a stay of: (a) all pretrial activity in these cases, including any remand
3  motions; (b) the period for initial disclosures pursuant to Rule 26 of the Federal Rules of
4  Civil Procedure; and (c) all other discovery and pretrial deadlines, pending transfer of
5  these cases by the Judicial Panel on Multidistrict Litigation, pursuant to 28 U.S.C. §
6  1407(a), to *In re Avandia Products Liability Litigation*, MDL No. 1871, before the
7  Honorable Cynthia M. Rufe in the United States District Court for the Eastern District of
8  Pennsylvania.

   IT IS SO STIPULATED:

/S/ David C. Anderson                          /S/ Krista L. Cosner
David C. Andersen (Bar No. 194095)             Donald F. Zimmer, Jr. (Bar No. 112279)
Kristina M. Gigstad                            Krista L. Cosner (Bar No. 213338)
THE MILLER FIRM, LLC                           DRINKER BIDDLE & REATH LLP
108 Railroad Avenue                            50 Fremont Street, 20th Floor
Orange, VA 22960                               San Francisco, CA  94105-2235

Counsel for Plaintiffs                         Sean P. Fahey (Pa. Bar No. 73305)
                                               PEPPER HAMILTON, LLP
                                               3000 Two Logan Square
                                               18th & Arch Streets
                                               Philadelphia, PA 19103

                                               Counsel for Defendant
                                               SmithKline Beecham Corporation
                                               d/b/a GlaxoSmithKline

   Pursuant to stipulation, IT IS SO ORDERED:

Dated: ~~January~~ February 1, 2008



Hon. Marilyn H. Patel
United States District Judge, Northern
District of California

IT IS SO ORDERED
Judge Marilyn H. Patel