**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking                                                                General Court Number
Clerk                                                                                      415.522.2000

April 23, 2008

Eastern District of Pennsylvania
600 Arch Street
Philadelphia, PA 19106-1679

RE: CV 07-05889 MHP    George Fisher -v- SmithKline Beecham Corp. et al.

Dear Clerk,

    Pursuant to an MDL Order transferring the above captioned case to your court, electronically transmitted herewith are:

        ☒    All docket entries/documents.

        ☒    Transferral Order.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

                      Sincerely,
                      RICHARD W. WIEKING, Clerk

                      *[signature: Simone Voltz]*

                      by: <u>Simone Voltz</u>
                      Case Systems Administrator

Enclosures
Copies to counsel of record